**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| BRYCE CHRISTOPHER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:21-CV-01209-JAR |
| USAPS, LLC d/b/a US AUTOMOTIVE PROTECTION SERVICES, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation of Dismissal Without Prejudice. (Doc. 22). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Bryce Christopher and Defendants USAPS, LLC d/b/a US Automotive Protection Services, LLC, US Automotive Protection Services, LLC, and Brandon Schrader have agreed to dismiss Plaintiff's claims without prejudice, with each party to bear its own costs and attorneys' fees.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED without prejudice**, with each party to bear its own costs and attorneys' fees.

Dated this 31st day of May, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE